— LAW OFFICES —
# MARK J. CONWAY
### A PROFESSIONAL CORPORATION

502 S. BLAKELY STREET
DUNMORE, PA 18512
TELEPHONE: (570) 343-5350
FAX: (570) 343-5377
WWW.MJCONWAYLAW.COM

303 EAST SHORE DR.
LAKE ARIEL, PA 18436
(570) 343-5350

November 3, 2010

Terrence S. Miller
CLERK OF THE BANKRUPTCY COURT
274 Max Rosenn US Courthouse
197 South Main Avenue
Wilkes-Barre, PA 18701

  RE: **Salvatore & Cynthia Latina**
     <u>**Case No. 5-04-51884**</u>

Dear Mr. Miller:

  The following is the breakdown of check number 122, in the amount of $7,621.50, which will represent unclaimed dividends for the above referenced case:

  Claim #2  Citibank – Texaco Payment Center, 4300 Westown Parkway, West Des Moines, IA 50266  $1,529.40

  Claim #7  Citibank – 4300 Westown Parkway, West Des Moines, IA 50266  $5,474.31

  Claim #1I  PNC Bank, 2730 Liberty Ave, Pittsburg, PA 15222  $61.07

  Claim #2I  Citibank – Texaco Payment Center, 4300 Westown Parkway, West Des Moines, IA 50266  $121.57

  Claim #7I  Citibank –4300 Westown Parkway, West Des Moines, IA 50266  $435.15

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Angela M. Saar, Paralegal

Enclosure

FILED
WILKES-BARRE PA
2010 NOV -5 AM 11:02
CLERK
U.S. BANKRUPTCY COURT

Case 5:04-bk-51884-JJT Doc 65 Filed 11/05/10 Entered 11/05/10 13:09:56 Desc